BENJAMIN B. WAGNER
United States Attorney
BRUCE A. EMARD
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2798
Facsimile:   (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KAVALAUSKAS AS EXECUTOR AND TRUSTEE OF THE LEWIS W. MUIR REVOCABLE TRUST; LAURA KAVALAUSKAS, LOREN D. MUIR, HALLIE CORDES, AND LEWIS B. MUIR AS SUCCESSOR-IN-INTEREST OF DECEDENT LEWIS W. MUIR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-200,<br><br>Defendants. | CASE NO. 2:15-cv-01655-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

Plaintiffs, by and through their attorney of record, and Defendant the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the time to file a joint status report in the above-captioned action to November 25, 2015.  This stipulation is made on the basis that the parties have stipulated to an extension of time to November 18, 2015 for Defendant the United States to file an answer pursuant to a written stipulation filed with the Court on October 1, 2015 (ECF No. 5).  The parties believe it would be premature to file the joint status report before Defendant the United States has answered.

///

///

Respectfully submitted,

| | |
|---|---|
| DATED: October 22, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Bruce A. Emard*<br>BRUCE A. EMARD<br>Assistant United States Attorney<br>Attorneys for Defendant the United States |
| DATED: October 20, 2015 | */s/ Charles D. Caraway*<br>CHARLES D. CARAWAY<br>GOYETTE & ASSOCIATES, INC.<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to the parties' stipulation, the deadline to file a joint status report in this action is extended to November 25, 2015.

IT IS SO ORDERED.

Dated: October 22, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Extending Time
to File Joint Status Report                                            2