UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KAVALAUSKAS, as Executor and Trustee of the Lewis W. Muir Revocable Trust; LAURA KAVALAUSKAS; LOREN D. MUIR; HALLIE CORDES; and LEWIS B. MUIR, as Successor-in-Interest of Decedent LEWIS W. MUIR,<br><br>Plaintiffs,<br><br>v.<br><br>U.C. DAVIS MEDICAL CENTER; ELIZABETH DAVID, M.D.; PAUL PERRY, M.D.; MEGAN DALY, M.D.,<br><br>Defendants. | No. 2:14-cv-02716 MCE-CKD<br><br>**RELATED CASE ORDER** |
| LAURA KAVALAUSKAS, as Executor and Trustee of the Lewis W. Muir Revocable Trust; LAURA KAVALAUSKAS; LOREN D. MUIR; HALLIE CORDES; and LEWIS B. MUIR, as Successor-in-Interest of Decedent LEWIS W. MUIR,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:15-cv-01655 MCE-DAD |

1   The Court has received the Notice of Related Case filed on October 16, 2015.

2   Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

Because the cases are already assigned to the same district judge, this Order is issued to reassign the case from Magistrate Judge Dale A. Drozd to Magistrate Judge Carolyn K. Delaney for all further proceedings.

IT IS THEREFORE ORDERED that the action denominated No. 2:15-cv-01655 MCE-DAD, Laura Kavalauskas, et al. vs. United States is reassigned from Magistrate Judge Drozd to Magistrate Judge Carolyn Delaney.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:15-cv-001655-MCE-CKD.

IT IS SO ORDERED.

Dated: November 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT